AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | )<br>) Case No.   22-9167 MB |
| Fifteen Electronic Devices Seized from<br>James Williams Roberts | )<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____   District of _____   Arizona _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before        6/9/2022 _____
*(not to exceed 14 days)*
☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty in the District of Arizona _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     5/26/2022@1:51 pm _____          *Eswillett*
                                                                                                *Judge's signature*

City and state:    Phoenix Arizona _____          Eileen S. Willett, United States Magistrate Judge
                                                                                            *Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF THE PERSON, PROPERTY, AND ITEMS**

**TO BE SEARCHED**

**PROPERTY:**

An Apple iPhone Xr, Model: MH6K3LL/A, S/N: DX3FV62JKXKT, pink in color, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

The Forensic Extraction created from the Apple iPhone Xr, Model: MH6K3LL/A, S/N: DX3FV62JKXKT that was seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

A Western Digital Elements external hard drive, S/N: WX22D71EDXFT, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

A 32GB MicroSD card found in MCY adapter, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

A 32GB MicroSD card found in IMOU Ranger Pro Camera, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

An Apple iPhone, black in color, IMEI: 359486323053478, seized from JAMES

ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

An Apple iPhone, black and silver in color, Model: A1533, IMEI: 352009061877325, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

A 256GB MicroSD card found in Full HD car DVR, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

An Apple iPad, silver in color, 16GB, Model: A1395, S/N: DMPHVSVGDFHW, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

An Apple iPad, silver in color, 16GB, Model: A1395, S/N: DMPHDTZTDFHW, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

An Apple iPad mini, black in color, 32GB, Model: A1455, S/N: F4KKC0YDF19K, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

An RCA tablet, blue in color, S/N: PCHDHZ1734L2, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

A Microsoft tablet, silver in color, Model: 1943, S/N: 001412610266, labeled "Property of Tolleson Union High School"; seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

An HP laptop, silver in color, Model: 15-dy1031wm, S/N: 5CD021GXPG and 32GB MicroSD card in the SD slot, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**PROPERTY:**

An LG smartphone, Model: LG L722DL, S/N: 011VTCL0679331, seized from JAMES ROBERTS' RV, a 1998 Winnebago with AZ registration GZA37H; currently in the custody of the FBI, 21711 North 7th Street, Phoenix, Arizona, 85024.

**ITEMS:**

Search for all items listed within ATTACHMENT B.

**ATTACHMENT B**

**ITEMS TO BE SEARCHED AND SEIZED**

1.    Images of child pornography and files containing images of child pornography in any form wherever it may be stored or found on the SUBJECT DEVICE, including on any SD or SIM cards.

2.    Any and all data pertaining to the production, possession, receipt or distribution of child pornography, that were transmitted or received using the SUBJECT DEVICE, including whether it connected to any other computers.  This also includes:

    a.    Any and all records, including contact information, lists of names, or records of pertaining to or connected with the purchase, sale, trade or transmission of child pornography, through interstate commerce including by U.S. mail or by computer;

    b.    Any and all records, including contact information, names, addresses of minors visually depicted in child pornography and child erotica;

    c.    Any and all records of Internet usage, including user names and e-mail addresses and identities assumed for the purposes of communication on the Internet to purchase, sell, trade, transmit or acquire child pornography.  These records may include ISP records, i.e., billing and subscriber records, chat room logs, e-mail messages and include electronic files in the cellular phone.

3.    Evidence of the attachment of other storage devices, computers, or similar containers for electronic evidence;

    a.    Evidence of the times the SUBJECT DEVICE was used;

    b.    Passwords, encryption keys, and other access devices that may be necessary to access the SUBJECT DEVICE.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-9167 MB | Date and time warrant executed:<br>5/26/2022  2:00 p.m. | Copy of warrant and inventory left with:<br>Evidence Items |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Forensic processing and imaging of the listed electronic items began on 5/26/2022 at 2:00 p.m. at the Phoenix FBI Division.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/6/2022

_____
Executing officer's signature

Candace M. Rose, Special Agent
Printed name and title